## Cumberland Telephone & Telegraph Company v. Curtiss, et al.

### (Decided April 10, 1912.)

Appeals—When Damages Awarded on Dismissal.—Ten per cent damages may be awarded where an appeal is dismissed for want of jurisdiction.

GLENN & SIMMERMAN for appellant.

HEAVRIN & WOODWARD and LIKENS & MOSELY for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON—
On Motion for Damages.

Where a judgment is superseded and the appeal is
dismissed for want of jurisdiction, 10 per cent. dam-
ages under the statute may be awarded. (American
Accident Co. v. Slaughter, 101 Ky., 269; Nelson County
v. Bardstown, 123 Ky., 836.

Motion sustained.